# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3A

**Case #:** 3:23-cr-128  **Date:** September 12, 2024

United States of America  **vs.**  Alexander Ross and James Markey

**Present Before:** Honorable Jill E. McCook, United States Magistrate Judge

| **Courtroom Deputy:** | **Court Reporter:** | **Law Clerk:** |
|---|---|---|
| Mallory Dahl | ECRO | Michelle Gensheimer |

| **Asst. U.S. Atty(s):** | **Probation Officer(s):** | **Atty(s) for Defendant(s):** |
|---|---|---|
| Suzanne Sullivan | | Troy Bowlin, II (Ross) <br> Wade Davies (Markey) |

**Others Present:**

**Proceedings:**

Parties present for a motion hearing. Arguments heard. Court took matters under advisement. Order to enter.

**Dates set at this hearing:**
☐ Jury Trial:
☐ Pretrial Conf.:
☐ Detention Hrng.:
☐ Motion Hrng:
☐ Status Conf:

**Deadlines set at this hearing:**
☐ Discovery DDL:
☐ Motion Cut-Off:
☐ Response to Mtns:
☐ Reciprocal Disc.:
☐ Plea DDL:

☐ Defendant remanded to custody.   ☐ Defendant released on Order Setting Conditions of Release.

**Time:** 10:00 a.m.  **to**  11:00 a.m.

⦿ I, Mallory Dahl, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.