IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:23-CR-128-TAV-JEM |
| | ) | |
| ALEXANDER GLENN ROSS, | ) | |
| | ) | |
| Defendant, | ) | |

# O R D E R

This case came before the undersigned on Defendant Alexander Ross's Motion to Dismiss or in the Alternative to Exclude Evidence and Motion for Leave to Extend Deadlines [Doc. 92], which Defendant supplemented [Doc. 97]. *See* 28 U.S.C. § 636(b). The Government filed a response [Doc. 100], and Defendant replied [Doc. 102].

The parties appeared before the undersigned on the morning of October 3, 2024, for a hearing. Assistant United States Attorneys Anne-Marie Svolto and Suzanne H. Sullivan appeared on behalf of the Government. Attorney Troy L. Bowlin, II, represented Defendant Ross, who was also present. The Court recessed to determine whether any additional argument was needed from the parties, and during the recess, District Judge Thomas A. Varlan entered an order referring Defendant's Motion in Limine to Exclude Evidence [Doc. 98] to the undersigned [Doc. 103].

The Court reconvened in the afternoon and advised the parties of the referral. The Court also set the following briefing schedule and hearing:

(1) **on or before 5:00 p.m. on Friday, October 4, 2024**, the Government shall comply with its notice obligation under Rule 404(b)(3);

(2) **on or before 5:00 p.m. on Friday, October 4, 2024**, the Government shall identify for Defendant (a) any document in its September 28, 2024 production that it does not plan to use in its

case-in-chief at trial and (b) the grounds upon which it disclosed each of the documents outside of Rule 16;

(3) **on or before 12:00 p.m. on Monday, October 7, 2024**, the Government shall file (a) a response to Defendant's Motion in Limine to Exclude Evidence [Doc. 98] and (b) a supplement to the United States' Response in Opposition to Defendant's Motion to Dismiss the Indictment or Exclude Evidence [Doc. 100], which shall explain why any non-Rule 404(b) evidence the Government plans to use in its case-in-chief is not covered by Rule 16;

(4) **on or before 12:00 p.m. Tuesday, October 8, 2024**, Defendant shall file a reply to his Motion in Limine to Exclude Evidence [Doc. 98], which shall provide further basis and authority for any requested relief; and

(5) the parties shall appear before the undersigned for a motion hearing on **Wednesday, October 9, 2024, at 1:00 p.m.**, to further address Defendant Alexander Ross's Motion to Dismiss or in the Alternative to Exclude Evidence and Motion for Leave to Extend Deadlines [Doc. 92] and Motion in Limine to Exclude Evidence [Doc. 98].

**IT IS SO ORDERED**.

ENTER:

*/s/ Jill E. McCook*
Jill E. McCook
United States Magistrate Judge