PS 10
(12/06)

U.S. MARSHAL SERVICE
AUG 12 2024 PM 1:17

# United States District Court
## for the
## Eastern District of Tennessee

U.S.A. vs Alexander Glenn Ross          Docket No.: 3:23-CR-128

TO: [1] Any United States Marshal or any agent of the FBI

| WARRANT FOR ARREST OF DEFENDANT ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. ||||
| NAME OF DEFENDANT<br>Alexander Glenn Ross | SEX<br>Male | RACE<br>White | DOB<br>04/20/1995 |
| ADDRESS(STREET, CITY, STATE)<br>3198 Tohopekaliga Drive, St. Cloud, FL 34772 ||||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATES)<br>The Honorable Jill E. McCook, United States Magistrate Judge<br>Eastern District of Tennessee ||||
| CLERK<br>LeAnna R. Wilson | (BY) DEPUTY CLERK | | DATE<br>8/9/24 |

| RETURN ||||
|---|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED<br>8-12-24 || DATE EXECUTED<br>9-11-24 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>Marquette, MI - USMS W/MI ||||
| NAME<br>Richard Bradley | (BY) | | DATE<br>9/11/24 |

FID: 1162657
USMS: 95035-510
2474-0812-1148-B

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the <dist name>;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."