UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:23-CR-128-TAV-DCP-1 |
| ALEXANDER GLENN ROSS, | ) ) ) |
| Defendant. | ) |

## **ORDER**

Phase 1 of the sentencing hearing in this case will be heard on Monday, January 12, 2026, at **1:00 p.m**. in Knoxville.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE