

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

Case No. 3:23-CR-128　　　　　　　　Date: January 12, 2026

　　United States of America　　vs.　　Alexander Glenn Ross

**PROCEEDINGS:** Oral argument on objections to PSR. Witness Special Agent Matthew Devane sworn. Argument taken under advisement with Order to follow. Phase II will be scheduled once a ruling is entered.

---

HONORABLE THOMAS A. VARLAN, UNITED STATES DISTRICT JUDGE

---

| | | |
|---|---|---|
| Julie Norwood | Kara Nagorny | Katelyn Smith |
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |
| | | |
| Suzanne Sullivan | | Troy Bowlin |
| **Asst. U.S. Attorney** | | **Attorney for Defendant** |

1:15 p.m. to 2:20 p.m.