# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE – COURTROOM 3A

**Case #:** 3:23-CR-128                 **Date:** 8/4/2026

United States of America      **vs.**   Alexander Glenn Ross

**Present Before:** Honorable Jill E. McCook, United States Magistrate Judge

| **Courtroom Deputy:** | **Court Reporter:** | **Law Clerk:** |
|---|---|---|
| Marian Billingsley | DCR | Courteney Barnes-Anders |

| **Asst. U.S. Atty(s):** | **Probation Officer(s):** | **Atty(s) for Defendant(s):** |
|---|---|---|
| Frank Dale | | (awaiting retained counsel) |

**Others Present:**

Jonathan Moffatt present, was not appointed.

**Proceedings:**
Status Conf. held
Awaiting retained counsel
Notice of Appearance Sandra Nicks from Virginia expected this week.

| **Dates set at this hearing:** | **Deadlines set at this hearing:** |
|---|---|
| ☐ **Jury Trial:** | ☐ **Discovery DDL:** |
| ☐ **Pretrial Conf.:** | ☐ **Motion Cut-Off:** |
| ☐ **Detention Hrng.:** | ☐ **Response to Mtns:** |
| ☐ **Motion Hrng:** | ☐ **Reciprocal Disc.:** |
| ☐ **Status Conf:** | ☐ **Plea DDL:** |

☑ Defendant remanded to custody.  ☐ Defendant released on Order Setting Conditions of Release.

**Time:** 2:00      **to**  2:05

◉ I, Marian Billingsley , **Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.**